THE PEOPLE OF THE STATE OF NEW YORK, ex rel. CHARLES MORRIALE, Respondent, against VERNON C. BRANHAM, as Superintendent of Woodbourne Institution for Defective Delinquents, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted December 11, 1942; decided January 14, 1943.

*John J. Bennett, Jr., Attorney-General (Henry Epstein and Bernard L. Alderman* of counsel), for appellants.

*Caesar B. F. Barra* and *Ralph J. Barra* for relator-respondent.

Appeal dismissed upon the ground that the case is not one " where the only question involved on the appeal is the validity of a statutory provision of the State or of the United States under the constitution of the State or the United States." (Constitution of New York, Art. VI, § 7, subd. 3.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.